```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
EDWARD MACKENZIE,

                    Petitioner,

     -against-                                          JUDGMENT
                                                        CV-14-5553 (SJF)
MICHAEL CAPRA,

                    Respondent.
------------------------------------------------------X
```

An Order of Honorable Sandra J. Feuerstein, United States District Judge, having been filed on September 30, 2015, granting Respondent's motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and dismissing Petitioner's application for a writ of habeas corpus, it is

**ORDERED AND ADJUDGED** that petitioner take nothing of respondent; that Respondent's motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure is granted; and that Petitioner's application for a writ of habeas corpus is dismissed.

Dated: Central Islip, New York
       October 13, 2015

                                        DOUGLAS C. PALMER
                                        CLERK OF THE COURT

                                By:     /s/ Catherine Vukovich
                                        Deputy Clerk

FILED
CLERK
10/13/2015 4:50 pm
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE